```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12111
    CLARK K BICKART
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4471

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/06/2007 and was confirmed 09/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was dismissed after confirmation 09/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG    9931.74           .00         9931.74
BANK OF NEW YORK           MORTGAGE ARRE   13812.17           .00             .00
COUNTRYWIDE HOME LENDING   NOTICE ONLY     NOT FILED          .00             .00
OAK FINANCIAL              SECURED          1626.25           .00          797.82
HITCHCOCK AND ASSOCIATES   PRIORITY        NOT FILED          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED       NOT FILED          .00             .00
ILL COLL SVC               UNSECURED       NOT FILED          .00             .00
JEFFRO FURN                UNSECURED       NOT FILED          .00             .00
MEDICAL COLLECTION         UNSECURED       NOT FILED          .00             .00
MEDICAL COLLECTION         UNSECURED       NOT FILED          .00             .00
MEDICAL COLLECTION         UNSECURED       NOT FILED          .00             .00
NATIONWIDE ACCEPTANCE CO   UNSECURED       NOT FILED          .00             .00
OMNI CR SVCS               UNSECURED       NOT FILED          .00             .00
PARK DANSAN                UNSECURED       NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        8445.92           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00             .00
WELLS FARGO FINANCIAL      UNSECURED        9395.09           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         332.90           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         248.87           .00             .00
THOMAS R HITCHCOCK         DEBTOR ATTY      3,038.50                      2,065.45
TOM VAUGHN                 TRUSTEE                                          999.99
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  13,795.00

PRIORITY                                             .00
SECURED                                        10,729.56
UNSECURED                                            .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12111 CLARK K BICKART
```

```
ADMINISTRATIVE                                            2,065.45
TRUSTEE COMPENSATION                                        999.99
DEBTOR REFUND                                                  .00
                                   ---------------   ---------------
TOTALS                                  13,795.00         13,795.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 12/22/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 07 B 12111 CLARK K BICKART